1  PHILLIP A. TALBERT
   United States Attorney
2  KRISTIN F. SCOTT
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**FILED**
Aug 29, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

8           IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00252 JAM |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| MARIA DICKERSON, | |
| aka "Dulce Pino" aka "Maria Dulce Pino Dickerson," | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Kristin F. Scott to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: August 29th, 2024

_____
HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER TO SEAL                    1