PHILLIP A. TALBERT
United States Attorney
KRISTIN F. SCOTT
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA DICKERSON,<br>　　aka "Dulce Pino"<br>　　aka "Maria Dulce Pino Dickerson,"<br>　　aka "Dulce Brubaker,"<br><br>　　　　　　　　Defendant. | CASE NO. 2:24-cr-00252-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: October 22, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

The United States of America, by and through its counsel of record, and Maria Dickerson ("Defendant"), by and through her counsel of record, Mark Reichel, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 22, 2024.

2. By this stipulation, the parties now move to continue the **status conference** until **November 19, 2024, at 09:00 a.m.**, and to exclude time between October 22, 2024, and November 19, 2024, under Local Code T4 and 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

3. Defendant has been indicted on 24 counts of wire fraud in violation of 18 U.S.C. § 1343; one count of securities fraud in violation of 15 U.S.C. §§ 78j(b), 78ff and 17 C.F.R. § 240.10b-5; and seven counts of money laundering in violation of 18 U.S.C. § 1957(a). Due to the nature of the

investigation and charges, and the number of alleged victims and third parties involved, discovery in this case has been, and continues to be, voluminous.

    4.     Accordingly, the parties agree and stipulate, and request that the Court find the following:

          a)     The United States has provided counsel for the defendant with voluminous discovery in this case, which includes voluminous records of FBI and IRS reports, electronic data, text strings, chat logs, bank records from multiple financial institutions relating to multiple accounts in various names, multiple audio and video recordings, and records from various telephonic and electronic service providers, as well as Internet service providers. Additional records, including additional audio recordings and bank records are expected to be forthcoming.

          b)     Counsel for Defendant desires additional time to review the voluminous produced discovery, inspect the original materials referenced above, consult further with his client, review the current charges, conduct his own research related to further understanding the charges and their basis, as well as expansive uncharged conduct, and to discuss potential resolutions with his client.

          c)     Counsel for Defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

          d)     The United States does not object to the brief continuance.

          e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

          f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2024 to November 19, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), B(iv) [Local Code T4] because it is a continuance granted at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 15, 2024             PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ *Kristin F. Scott*
                                    KRISTIN F. SCOTT
                                    Assistant United States Attorney

Dated: October 15, 2024             /s/ *Mark J. Reichel*
                                    MARK J. REICHEL
                                    Counsel for Defendant
                                    MARIA DICKERSON

**ORDER**

IT IS SO ORDERED.

Dated: October 16, 2024             /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE