**MARK REICHEL, State Bar #155034**
**REICHEL LAW PC**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
MARIA DICKERSON

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00252-JAM |
| Plaintiff, | **FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |
| vs. | |
| | DATE: OCTOBER 6, 2026 |
| MARIA DICKERSON, | TIME: 9:00 AM |
| | COURT: Hon. JOHN A. MENDEZ |
| Defendant | |

### STIPULATION

The parties have agreed to continue the date for sentencing October 6, 2026.  The defendant requests extra time in order to complete the interview with probation and finalize the matter for sentencing. The parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

Judgment and Sentencing Date:                                October 6, 2026

Reply, or Statement of Non-Opposition:                  **September 29, 2026**

Formal Objections to the Presentence Report shall      **September 22, 2026**
be filed with the Court and served on the
Probation Officer and opposing counsel no later
than:

*Stipulation & Order to Continue Sentencing*
*1*

| | |
|---|---|
| The final Presentence Report shall be filed with the Court no later than: | **September 15, 2026** |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **September 08, 2026** |
| The draft Presentence Report shall be disclosed to the parties on: | **August 25, 2026** |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: June 16, 2026    Eric Grant
United States Attorney

*/s/DHRUV SHARMA*
DHRUV SHARMA
Assistant United States Attorney

Dated: June 16, 2026    REICHELLAW PC

*/s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant
Maria Dickerson

## ORDER

Based on the stipulation of the parties, the July 28, 2026 judgment and sentencing is

**CONTINUED** to **October 06, 2026, at 9:00 a.m.**, before Senior District Judge John A. Mendez.

The schedule set forth in the parties' stipulation is **APPROVED**.

IT IS SO ORDERED.

Dated: June 22, 2026    JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

*Stipulation & Order to Continue Sentencing*
*2*