**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
MARIA DICKERSON

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA DICKERSON,<br><br>Defendant | Case No. 2:24-cr-00252-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE**<br><br>DATE: MARCH 23, 2027<br>TIME: 9:00 AM<br>COURT: HON. JOHN A. MENDEZ |

**STIPULATION**

The parties have agreed to continue the date for sentencing to March 23, 2027.

Due to schedule conflicts and technology challenges with the Yuba County Jail (where the defendant is in custody), to complete the presentence interview, additional time was needed to meet with Probation to complete the presentence interview.

Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | March 23, 2027 |
| Reply, or Statement of Non-Opposition: | **March 16, 2027** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **March 09, 2027** |
| The final Presentence Report shall be filed with the Court no later than: | **March 02, 2027** |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **February 23, 2027** |
| The draft Presentence Report shall be disclosed to the parties on: | **February 09, 2027** |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: September 15, 2026

Eric Grant
United States Attorney

/s/DHRUV SHARMA
DHRUV SHARMA
Assistant United States Attorney

Dated: September 15, 2026

REICHELLAW PC

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Maria Dickerson

**ORDER**

Based on the second stipulation of the parties, the October 06, 2026 judgment and sentencing is **CONTINUED** to **March 23, 2027**, **at 9:00 a.m.**, before Senior District Judge John A. Mendez. The schedule set forth in the parties' stipulation is **APPROVED**.

Dated: September 17, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE